UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

GLORY DAYS, INC.,

                Plaintiff,

    v.                                          Civ. Action No.
                                                5:06-CV-0036 (NAM/DEP)

GLORY DAYS, LLC, d/b/a GLORY DAYS
FOOD AND SPIRIT,

                Defendant.
_____

APPEARANCES:                            OF COUNSEL:

FOR THE PLAINTIFF:

DLA PIPER RUDNICK GRAY          CHRISTOPHER STRONGONSKY, ESQ.
CARY US LLP
1251 Avenue of the Americas
New York, New York 10020-1104

FOR THE DEFENDANT:

[NONE]

NORMAN A. MORDUE, CHIEF JUDGE

## ORDER

    The above matter comes to me following a Report-Recommendation by Magistrate Judge David E. Peebles, duly filed on the 8th day of February, 2007. Following ten days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

    After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

    ORDERED, that:

1. The Report-Recommendation is hereby approved.

2. The Clerk of the Court is directed to enter Judgment in favor of Plaintiffs for a total award of $8,695.54, together with a permanent injunction in the form set forth in the Report-Recommendation.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case.

IT IS SO ORDERED.

Dated: April 17, 2007
        Syracuse, New York

_____
Norman A. Mordue
Chief United States District Court Judge