**United States District Court**
**Northern District of New York**

# JUDGMENT

**GLORY DAYS, INC.**

              **Plaintiff**

       **VS.**                        **5:06-CV-36 (NAM) (DEP)**

**GLORY DAYS, LLC, d/b/a GLORY DAYS FOOD AND SPIRIT**

              **Defendant**

**[X]  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That the Report and Recommendation of Magistrate Judge David E. Peebles is approved in its entirety, judgment is hereby entered in favor of the plaintiff for a total award of $8,695.54 in attorney's fees and costs, together with a permanent injunction in the form of that sought by the plaintiff, prohibiting defendant from continuing its infringing activities.

All of the above pursuant to the Order of the Honorable Chief Judge Norman A. Mordue dated the 17th day of April, 2007.

**APRIL 18, 2007**                            **LAWRENCE K. BAERMAN**

_____         _____

**DATE**                                     **CLERK OF COURT**

                                         **s/**

                                _____

                                     **JOANNE BLESKOSKI**
                                   **DEPUTY CLERK**